**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**VINCENT VEGA,**

**Plaintiff,**

**v.**

**ALPHONSO C. DAVID,**

**Defendant.**                                    **No. 04-CV-0310-DRH**

**MEMORANDUM and ORDER**

**HERNDON, District Judge:**

   On April 14, 2004, Vincent Vega filed this lawsuit against Shawnee Correctional Center and Alphonso C. David, in the Northern District of Illinois (Doc. 1).  Vega claims that he injured his back and pulled a muscle in his stomach and pelvis while picking up at least 50 wet mattresses looking for a dry one (Doc.1, p. 6) Further, Vega alleges that he spent two years in the Shawnee Correctional Center suffering from a painful hernia and that Doctor David denied him medical treatment for that injury. His complaint also states that he obtained the grievance form and filled completed it  (Doc. 1, p. 3).  He alleges that he "never got a response so I'm now writing to the <u>Administrative Review Board to</u> expedite the process. . ." (Doc. 1, p.

3).

On May 7, 2004, Judge Nordberg transferred the case to this Judicial District and the case was assigned to this undersigned district judge (Doc. 3). On September 23, 2004, the Court granted Vega's motion to proceed *in forma pauperis* and dismissed with prejudice Shawnee Correctional Center (Doc. 9).[1]

On December 27, 2004, David filed a motion to dismiss for failure to exhaust administrative remedies based on ***Perez v. Wisconsin Dept of Corrections*, 182 F.3d 533, 534 (7th Cir. 1999)** (Docs. 12 & 13). Vega did not respond to the motion to dismiss. On March 23, 2005, Magistrate Judge Wilkerson entered a Report and Recommendation opining that the Court should deny David's motion to dismiss (Doc. 19). Thereafter, David filed timely objections to the Report (Doc. 20).

On April 13, 2005, based on the objections and the issues contained in the pleadings, the Court set this matter for a *de novo* hearing for May 13, 2005 (Doc. 21). Due to a scheduling conflict, the Court reset the hearing for June 3, 2005 (Doc. 22). The Court sent notices to Vega informing him of the hearing.

On June 3, 2005, the Court held a de novo hearing on David's motion to dismiss and Magistrate Judge Wilkeson's Report. Vega failed to appear at the hearing. The Court heard argument from David's counsel. Based on Vega's failure to attend and the reasons stated on the record, the Court **DISMISSES without**

---

[1]The record reflects that Vega was paroled on May 19, 2004.

**prejudice** Vega's cause of action for failure to prosecution.

      **IT IS SO ORDERED.**

      Signed this 3rd day of June, 2005.


                    <u>/s/     David RHerndon</u>
                    **United States District Judge**